U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 1 2 2018

TONY R. MOORE CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LONNIE DOUGLAS, *ET AL.*, Plaintiffs | CIVIL ACTION NO. 1:17-CV-00808 |
| VERSUS | JUDGE DRELL |
| PETER O'NEAL, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Amending and Superseding Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. 23) filed by the Catahoula Parish Sheriff's Department is GRANTED, and Plaintiffs' claims against Catahoula Parish Sheriff's Department are DISMISSED WITH PREJUDICE as the Department is not a juridical person capable of being sued.

IT IS FURTHER ORDERED that the Motion to Dismiss (Doc. 13) filed by Michael Kramer is GRANTED. Plaintiffs' claims against Michael Kramer under Louisiana law, 42 U.S.C. § 1983, and 42 U.S.C. § 1985(3) are DISMISSED WITH PREJUDICE as prescribed. Plaintiffs' remaining claims against Michael Kramer – specifically including Plaintiffs' claims under 42 U.S.C. § 1981 – are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that the Motion to Dismiss (Doc. 24) filed by Toney Edwards is GRANTED. Plaintiffs' claims against Toney Edwards under Louisiana law, 42 U.S.C. § 1983, and 42 U.S.C. § 1985(3) are DISMISSED WITH PREJUDICE as prescribed. Plaintiffs' remaining claims against Toney Edwards – specifically including Plaintiffs' claims under 42 U.S.C. § 1981 – are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of February, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT