RECEIVED
MAY 3 0 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LONNIE DOUGLAS, *ET AL.*, Plaintiffs | CIVIL ACTION NO. 1:17-CV-00808 |
| VERSUS | JUDGE DRELL |
| PETER O'NEAL, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Set Aside Default Judgment (Doc. 62) filed by George Carroll, III is GRANTED.

IT IS FURTHER ORDERED that the Entry of Default (Doc. 40) be set aside.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of May, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT