RECEIVED
SEP 17 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LONNIE DOUGLAS, *ET AL.*, <br> **Plaintiffs** | CIVIL ACTION NO: 1:17-cv-0808 |
| VERSUS | JUDGE DEE D. DRELL |
| PETER O'NEAL, *ET AL.*, <br> **Defendants** | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge (Doc. 137) previously filed herein, and after independent (*de novo*) review of the record including the objections (Doc. 138) and responses to the objections (Docs. 139 & 140) filed herein, and having determined that the findings and recommendations are correct under applicable law;

**IT IS ORDERED** that the Report and Recommendation (Doc. 137) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. 67) and Motion for Leave to File Second Amended Complaint (Doc. 124) are **DENIED** as futile.

**IT IS FURTHER ORDERED** that the Motion by Federal Defendants to Dismiss Under Fed.R.Civ.P. 12(b)(1) for Lack of Subject Matter Jurisdiction and Under Fed.R.Civ.P. 12(b)(6) for Failure to State a Claim (Doc. 107) filed by Sonny Perdue ("Perdue"), Secretary of the United States Department of Agriculture ("USDA"), and Peter O'Neal ("O'Neal") is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (Doc. 122) filed by George Carroll, III ("Carroll"), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Carroll, USDA, Perdue, and O'Neal under Louisiana law and 42 U.S.C. §§ 1983 & 1985(3) are **DISMISSED WITH PREJUDICE**, and that Plaintiffs' remaining claims against Carroll, USDA, Perdue, and O'Neal are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the following motions are **DISMISSED AS MOOT**: Plaintiffs' Motion for Partial Summary Judgment (Doc. 41); Plaintiffs' Motion for Alternative Dispute Resolution (Doc. 45); Plaintiffs' Motion for Summary Judgment (Doc. 60); Plaintiffs' Motion for Declaratory Judgment to Quiet Title (Doc. 92); Defendant Michael Kramer's Motion for Entry of Rule 54(B) Judgment (Doc. 95); Plaintiffs' Motion to Compel (Doc. 105); Federal Defendants' Motion to Dismiss Plaintiffs' Motion for Declaratory Judgment (Doc. 109); Plaintiffs' Motion for Scheduling Order (Doc. 111); Plaintiffs' Motion to Defer Defendants' Motion to Dismiss at Trial Pursuant to Rule 12(i) or, in the Alternative, Motion for Extension of Time to Resolve Pending Motions to Compel Discovery and Enter a Scheduling Order (Doc. 114); Plaintiffs' Motion for Declaratory Judgment to Quiet Title (Doc. 119); and Plaintiffs' Motion to Return Farmland Belonging to the Estate of Ed Douglas and Odell Douglas and Motion to Compel (Doc. 125).

**IT IS FURTHER ORDERED** that Plaintiffs' action is **DISMISSED**.

**SIGNED** on this 17th day of September, 2018, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT